RICHARD J. ROGERS, Appellant, *v.* VILLAGE OF ATTICA, Respondent.

*Rogers* v. *Village of Attica,* 113 App. Div. 603, affirmed.
(Argued April 29, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

40

May 10, 1906, affirming a judgment in favor of defendant entered upon the report of a referee in an action to restrain the defendant from changing the grade of a street.

*Russell J. Stone* for appellant.

*Elmer E. Charles* and *Willis E. Hopkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.